UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIERSTEN GEHRING, Individually and as Trustee of the FRANCIS P. GEHRING, III 2002 IRREVOCABLE TRUST, and FRANCIS P. GEHRING,<br><br>                                Plaintiffs,<br>     -against-<br><br>TED M. SHAPSES, TED M. SHAPSES & COMPANY, INC., METLIFE, INC., METROPOLITAN LIFE INSURANCE COMPANY, METLIFE SECURITIES, INC., GENAMERICA FINANCIAL CORPORATION, GENERAL AMERICAN LIFE INSURANCE COMPANY, MAURICE R. KASSIMIR, MAURICE KASSIMIR & ASSOCIATES, P.C. f/k/a SPIELMAN & KASSIMIR, P.C., and NEIL WOLFSON,<br><br>                                Defendants. | CIVIL ACTION NO.<br>3:11-cv-01882 (VLB) |

### PLAINTIFFS' MOTION TO REQUEST SETTLEMENT CONFERENCE

Pursuant to Rule 16(c) of the Local Civil Rules of the United States District Court for the District of Connecticut, Plaintiffs, by and through their undersigned counsel, respectfully request that, as soon as practicable, this case be scheduled for a settlement conference.

Dated:     November 15, 2012
           Greenwich, CT

                                        COHEN LAW GROUP, P.C.
                                              /s/ Brian S. Cohen
                                        Brian S. Cohen, Esq.
                                        Federal Juris No.: CT18878
                                        2 Greenwich Office Park – Suite 300
                                        Greenwich, Connecticut 06831
                                        Telephone No.: (203) 485-7525
                                        Facsimile No.: (203) 485-7526
                                        E-Mail: brian@cohenlg.com

                                        *Attorneys for Plaintiffs*

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent electronically via the Court's CM/ECF System, on this date, to:

Peter J. Biging, Esq. (biging@lbbslaw.com)
LEWIS BRISBOIS BISGAARD & SMITH LLP
77 Water Street, Suite 2100
New York, New York 10005
Tel: (212) 232-1300
Fax: (212) 232-1399

David A. Corbett, Esq. (corbett@litchfieldcavo.com)
LITCHFIELD CAVO LLP
40 Tower Lane
Avon, CT 06001
Tel: (860) 255-5577
Fax: (860) 255-5566

David A. Jones, Esq. (djones@akingump.com)
AKIN GUMP STRAUSS HAUER & FELD LLP
300 Convent Street – Suite 1500
San Antonio, TX 78205-3732
Tel: (210) 281-7000
Fax: (210) 224-2035

Brian J. Palmeri, Esq. (palmeri.b@wssllp.com)
WINGET SPADAFORA & SCHWARTZBERG, LLP
177 Broad Street – 5th Floor
Stamford, CT 06901
Tel: (203) 328-1200
Fax: (203) 328-1212


Dated:      November 15, 2012
            Greenwich, CT


                                        /s/  Brian S. Cohen
                                    Brian S. Cohen, Esq. (CT18878)